**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **DAVID KEITH and KING COULTER, INC.,** )<br>)<br>Plaintiffs/Counter-defendants, )<br>)<br>v. )<br>)<br>**DAVIS LEE and ALATRADE FOODS, LLC,** )<br>)<br>Defendants/Counter-plaintiffs. ) | No. 3:08-cv-458<br>(Phillips) |

**DAVIS LEE and ALATRADE FOODS, LLC,** )
)
    Third-party plaintiffs, )
)
v. )
)
**BLUEBIRD PRODUCTIONS, LLC,** )
)
    Third-party defendant. )

## ORDER

On December 10, 2008, defendants Davis Lee and Alatrade Foods, LLC each entered a Motion to Dismiss for Lack of Jurisdiction [Docs. 2, 4], arguing that the complaint, on its face, failed to allege sufficient facts demonstrating this court's jurisdiction under 28 U.S.C. § 1332. Plaintiffs then filed an amended complaint [Doc. 7], to which defendants answered, conceding this court's jurisdiction [Doc. 7 at ¶ 6 (admitting the allegations contained in paragraph six of plaintiff's amended complaint, alleging jurisdiction under 28 U.S.C. § 1332)]. Plaintiffs now respond to defendants' motions to dismiss, arguing that as the defendants have conceded jurisdiction, the court should deny the motions as moot. [Doc. 12].

For good cause shown, the court finds that defendants have conceded this court's original jurisdiction over this case. Accordingly, defendants' motions to dismiss for lack of jurisdiction [Docs. 2, 4] are **DENIED AS MOOT**.

**IT IS SO ORDERED**.

**ENTER:**

        s/ Thomas W. Phillips
       United States District Judge